> **Motion GRANTED in part. Deadline extended to 6/14/13.**
>
> /s/ Judge Trauger

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| BRANDEN FRADY | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Branden Frady moves to extend the time for filing pretrial motions until June 21, 2013. This matter currently is set for trial on July 2, 2013.

In support of this motion, the defendant would show the following: Yesterday, defense counsel received discovery from the government, but has not yet had any opportunity to review the discovery or discuss legal issues with Mr. Frady, who is in custody and has been placed in a special housing unit. Counsel is not in a position right now to determine whether pretrial motions are appropriate.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2013, I electronically filed the foregoing Motion to Extend Time for Filing Pretrial Motions with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. J. Alex Little, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

      /s/ *Caryll S. Alpert*