Motion GRANTED for extension to 8/6/13.

IN **THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-00044** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **BRANDEN FRADY** | ) | |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Branden Frady moves to extend the time for filing pretrial motions until two weeks before trial, currently set on August 20, 2013.

In support of this motion, the defendant would show the following: Mr. Frady has a lengthy medical history. Counsel is still gathering past medical records, current medical records, and information regarding Mr. Frady's medical status at the time of the instant offense. Until counsel obtains these records, counsel cannot determine the need for filing pretrial motions in this matter and cannot determine Mr. Frady's ability to discuss and assist in the defense of his case. For the same reasons, counsel anticipates moving to continue the August 20 trial by separate motion.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2013, I electronically filed the foregoing Motion to Extend Time for Filing Pretrial Motions with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. J. Alex Little, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.


                                          /s/ *Caryll S. Alpert*