IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 10/15/14 at 1:30 p.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00044 |
| | ) | JUDGE TRAUGER |
| | ) | |
| BRANDEN FRADY | ) | |

## MOTION TO CONTINUE SEPTEMBER 22 SENTENCING

Through counsel, defendant Branden Frady moves to continue his sentencing hearing, currently set on September 22, 2014.

In support of this motion, Mr. Frady would show the following:

The presentence report was just disclosed on September 8, 2014. Counsel will need some time to review the report with Mr. Frady, who is incarcerated, and to prepare a sentencing memorandum in this matter. Mr. Frady has had lifelong mental health issues, and counsel wants to ensure the Court has full information before making any sentencing and treatment recommendations.

For these reasons, counsel requests to continue the sentencing. Subject to the Court's availability, counsel requests that this matter be re-set on October 15, 16, or 17, 2014. Due to scheduling conflicts, the parties ask the Court not to schedule the sentencing October 20-November 1, 2014.

Additionally, Mr. Frady currently is in federal custody on a writ pending the current September 22 sentencing date. Defense counsel requests that the Court direct that Mr. Frady remain in federal custody on the writ until his new sentencing hearing, to ensure that counsel can meet with Mr. Frady as needed before sentencing.